ROBERT P. HENK    (147490)
SHERI L. LEONARD (173544)
**HENKLEONARD**
**A Professional Law Corporation**
2260 Douglas Blvd., Suite 200
Roseville, CA 95661
Telephone:    (916) 787-4544
Fax:              (916) 787-4530

Attorneys for Plaintiff
**BRAD PROUTY**

JACOB D. FLESHER  (210565)
JULIA A. GAHAGAN (261911)
**FLESHER BROOMAND McKAGUE LLP**
193 Blue Ravine Road, Suite 265
Folsom, CA 95630
Telephone:    (916) 358-9042
Fax:              (916) 673-9672

Attorneys for Defendant
**ALLIED BUILDING PRODUCTS CORP.**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAD PROUTY**<br><br>    Plaintiff,<br><br>    vs.<br><br>**ALLIED BUILDING PRODUCTS CORP.**,<br>and **DOES 1 through 5**, inclusive,<br><br>    Defendant. | **CASE NO.:  11 CV 03329 JAM EFB**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

    IT IS HEREBY STIPULATED by and between the Plaintiff and Defendant, through their designated counsel of record, that this case be dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1), each party to bear their own fees and costs.

Dated: December 14, 2012

**HENKLEONARD**
*A Professional Law Corporation*

/s/ROBERT P. HENK_____
**ROBERT P. HENK**
Attorney for Plaintiff
**BRAD PROUTY**

Dated: December 14, 2012

**FLESHER BROOMAND McKAGUE LLP**

/s/JACOB D. FLESHER (as auth. on 12/14/12)
**JACOB D. FLESHER**
**JULIA A. GAHAGAN**
Attorneys for Defendant
**ALLIED BUILDING PRODUCTS**

**IT IS SO ORDERED.**

Dated: 12/14/2012

/s/ John A. Mendez_____
**HON. JOHN A. MENDEZ**
**U. S. DISTRICT COURT JUDGE**